IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TTP, INC. OF SOUTH DAKOTA, | ) | Case No. 8:06cv258 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| TENASKA III PARTNERS, LTD., et al., | ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge,

**IT IS ORDERED:**

1. On or before **September 25, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Order to Show Cause [3] is deemed satisfied.

Dated this 23rd day of August 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge