IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TTP, TEXAS PARIS COGEN, and DPC POWER, | CASE NO. 8:06CV258 |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| TENASKA III PARTNERS, TENASKA PARIS, TENASKA III, and EMPECO, | |
| Defendants. | |

The Plaintiffs have filed a Notice of Dismissal that complies with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 5) is approved;

2. The Complaint is dismissed with prejudice; and

3. The parties shall bear their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge